IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| NATASHA FULLAH WILLIAMS,<br>Plaintiff, | *<br>*<br>*<br>* |  |
| v. | *<br>*<br>* | Civil Action No. 10-cv-00292-AW |
| RICHARD S. BASILE, *et al.*,<br>Defendants. | *<br>*<br>* |  |

***************************************************************************

**Order**

Two motions filed by the Plaintiff are pending before the Court: a Motion for Judgment, Doc. No. 16, and a Motion for Attorney Fees, Doc. No. 17. Today, the Court conducted a hearing to determine the proper level of damages. During that hearing, Plaintiff filed a Supplemental Motion for Attorney Fees and Costs, which requested a total of $13,730 consisting of the following parts: $1,000 in statutory damages, $410 in costs, and $12,320 in attorney fees.

For the reasons stated on the record at today's hearing, the Court finds Plaintiff's requests too high. Instead, the Court grants judgment to the Plaintiff in the amount of $4,210, consisting of: $300 in statutory damages, $410 in costs, and $3,500 in attorney fees. Accordingly, it is, this 10th day of November, 2010, ordered that:

1) Plaintiff's Motion for Judgment, Doc. No. 16, is GRANTED IN PART and DENIED IN PART,

2) Plaintiff's Motion for Attorney Fees, Doc. No. 17, is GRANTED IN PART and DENIED IN PART,

3) The Clerk CLOSE this case, and

4) The Clerk transmit a copy of this Order to Counsel.

                                                                   /s/
                                          Alexander Williams, Jr.
                                          UNITED STATES DISTRICT JUDGE